IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BILLY SANDERS**　　　　　　　　　　　　　　　　　　**PLAINTIFF**
ADC #259149

v.　　　　　　　　　No: 4:21-cv-1168-DPM

ERIC HIGGANS, Sheriff, Pulaski County;
ROSE, Major, Supervisor, PCRDF;
ALLEN, Lieutenant, Housing, PCRDF; and
NEWBURN, Lieutenant, Housing Night Shift,
PCRDF　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Sanders's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

31 January 2022